■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN MYERS, Appellant. [758 NYS2d 516] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered November 27, 2000, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant received the effective assistance of trial counsel (*see People v Baldi,* 54 NY2d 137 [1981]; *People v Myers,* 220 AD2d 461 [1995]).

The defendant's claim that the prosecutor's comments on summation constituted reversible error is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Richardson,* 294 AD2d 379 [2002]), and, in any event, is without merit. The prosecutor's summation did not exceed the bounds of rhetorical comment permitted in closing arguments (*see People v Ashwal,* 39 NY2d 105 [1976]), and consequently, did not constitute reversible error (*see People v Galloway,* 54 NY2d 396 [1981]).

The defendant's remaining contentions either are without merit or do not require reversal, as any error was harmless in light of the overwhelming evidence of guilt (*see People v Crimmins,* 36 NY2d 230 [1975]; *People v Benjamin,* 268 AD2d 486 [2000]). Ritter, J.P., Friedmann, Luciano and H. Miller, JJ., concur.